**SANI LAW, APC**
Sam Sani (SBN 273993)
136 Main Street, Suite A
El Segundo, CA 90245
Tel: (310) 935-0405
Fax: (310) 935-0409
ssani@sanilawfirm.com

Attorney for Plaintiff, the Classes
EVELIA MONTANO

**BLANK ROME LLP**
Michael L. Ludwig (SBN 173850)
Natalie Alameddine (SBN 296423)
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434
Ludwig@BlankRome.com
nalameddine@blankrome.com

Attorneys for Defendant
BYD COACH & BUS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVELIA MONTANO, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BYD COACH AND BUS LLC, a California corporation; and DOES 1 through 10,<br><br>Defendants. | CASE NO.: 2:19-cv-382 DDP (SSx)<br><br>**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:       Hon. Dean D. Pregerson<br>Courtroom:  9C |

1

[PROPOSED] ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

# ORDER

Based on Plaintiff Evelia Montano and Defendant BYD Coach and Bus LLC's Stipulation of Dismissal Without Prejudice, it is hereby ORDERED that:

1. All claims in the above-entitled action are dismissed in their entirety without prejudice.
2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: April 1, 2019

_____
The Honorable Dean D. Pregerson
United States District Court Judge